EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

JOHN DOE,

          Plaintiff,

v.

TRUSTEES OF DARTMOUTH COLLEGE,

          Defendant.

Civil Action No.

## **DECLARATION OF JOHN DOE**

I, John Doe, declare as follows:

1. I am the plaintiff the above captioned case.

2. I was a member of the 2024 class of the Geisel School of Medicine at Dartmouth.

3. I was expelled from Geisel in January 2024.

4. Sally Smith, who accused me of engaging in nonconsensual sexual intercourse with her, does not attend and is not affiliated in any way with Dartmouth College.

5. I believe that Dartmouth's investigation and adjudication process was supposed to be confidential. The only people who knew about the situation were me, Smith, the administrators and witnesses involved, and anyone that Smith or I told. I did not share any information about the process with anyone other than my family, limited close faculty members, and my close friends.

6. I believe, based on what I know about the Geisel and Dartmouth communities and how these types of allegations are perceived on college campuses, that the harm to

me will be very severe if Smith's accusations against me become publicly known by people outside my close social circle.

7. I believe that if my name is made public, even if I prevail in this case, I will be significantly limited in finding employment in the medical field.

8. Because of the impact litigating under my own name would have on my ability to finish my education either at Geisel or at another medical school, and the potentially life-long impact it will have on my career, I will not proceed with my claims if I am forced to do so in my own name.

I declare on this 16th day of February, 2024, under the penalty of perjury, that the foregoing is true and correct.

*/s/ John Doe*_____
John Doe