UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| JOHN DOE,<br><br>        Plaintiff<br><br>  v.<br><br>TRUSTEES OF DARTMOUTH COLLEGE,<br><br>        Defendant | Civil Action No: 1:24-cv-46-JL |

**JOINT EXHIBIT LIST FOR HEARING ON
MOTION FOR PRELIMINARY INJUNCTION**

| | |
|---|---|
| Exhibit 1 | Complaint Exhibit A – Dartmouth College Policy on Sexual and Gender-Based Misconduct |
| Exhibit 2 | Complaint Exhibit B – Dartmouth College Process for Resolving Complaints Against Students |
| Exhibit 3 | Email from John Doe to Kristi L. Clemens dated April 26, 2023 re Intentional Racial Bias |
| Exhibit 4 | John Doe's Response to the Investigation Evidence |
| Exhibit 5 | Final Report dated September 19, 2023, Grand River Solutions, Inc. |
| Exhibit 6 | Appendix to Final Report |
| Exhibit 7 | Email from John Doe dated November 17, 2023 re Motion |
| Exhibit 8 | Hearing Panel's Final Decision Regarding Responsibility dated January 17, 2024 |
| Exhibit 9 | Transcript of Hearing Panel on December 8, 2023 |
| Exhibit 10 | John Doe's Appeal Letter |
| Exhibit 11 | Appeal Response Letter dated February 12, 2024 |
| Exhibit 12 | SnapChat Audio recording |
| Exhibit 13 | December 6, 2023 Email exchange |

TRUSTEES OF DARTMOUTH COLLEGE,

/s/ Elizabeth H. Kelly
Daryl J. Lapp (pro hac vice)
Elizabeth H. Kelly (N.H. Bar No. 276459)
LOCKE LORD LLP
111 Huntington Avenue
Boston, MA 02199
(617) 239-0100 telephone
(617) 227-4420 facsimile
daryl.lapp@lockelord.com
liz.kelly@lockelord.com

JOHN DOE,

/s/ *Leah Cole Durst*
Leah Cole Durst (NH Bar #273679)
Olivia Bensinger (NH Bar #274145)
SHAHEEN & GORDON, P.A.
107 Storrs Street/P.O. Box 2703
Concord, NH 03302
(603) 225-7262
ldurst@shaheengordon.com
obensinger@shaheengordon.com

**Certificate of Service**

I certify that on February 23, 2024, I caused the foregoing document to be served on counsel of record for all parties that have appeared to date through the Court's CM/ECF system.

/s/ Elizabeth H. Kelly
Elizabeth H. Kelly

136475056v.2