UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| JOHN DOE,<br><br>                Plaintiff,<br>v.<br><br>TRUSTEES OF DARTMOUTH COLLEGE,<br><br>                Defendant. | Civil Action No. 1:24-cv-00046-JL |

**PLAINTIFF'S WITNESS LIST**

- Ann James, Grand River Solutions, Acting Title IX Coordinator (to appear remotely)

- Kristi Clemens, Dartmouth Title IX Coordinator

- John Doe

                                                         Respectfully submitted,

Dated: February 26, 2024                /s/ *Leah Cole Durst*
                                                         Leah Cole Durst (NH Bar #273679)
                                                         Olivia F. Bensinger (NH Bar #274145)
                                                         SHAHEEN & GORDON, P.A.
                                                         107 Storrs Street, P.O. Box 2703
                                                         Concord, NH 03302
                                                         (603) 225-7262
                                                         ldurst@shaheengordon.com
                                                         obensinger@shaheengordon.com

**CERTIFICATE OF SERVICE**

      I, Leah Cole Durst, hereby certify that a copy of the foregoing document, filed through the CM/ECF system, will be served conventionally on all parties or their counsel.

                                                           /s/ *Leah Cole Durst*
                                                           Leah Cole Durst