**EXHIBIT 15**



NATIONAL RESIDENT MATCHING PROGRAM®

# Interactive Charting Outcomes in the Match

## Preferred Specialty - Neurology

Note: “No score” includes applicants who did not provide a score to NRMP or who did not take the examination.

**Preferred Specialty**
Neurology

**Match Year**
All

**Applicant Type**
U.S. MD Senior

**Number of Contiguous Ranks**
All

**Number of Specialties Ranked**
All

**Step 2 Score**
All

**Number of Research Experiences**
All

**Number of Publications**
All

**Number of Work Experiences**
All

**Number of Volunteer Experiences**
All

**Having a PhD Degree**
All

**Having Another Graduate Degree**
All

**Alpha Omega Alpha Honor Society**
All

**Comlex-USA Level 1 Score**
All

**Comlex-USA Level 2-CE Score**
All