# EXHIBIT 16



## Interactive Charting Outcomes in the Match

### Preferred Specialty - Neurology

■ Matched to preferred specialty    ■ Not matched to preferred specialty

**Step 1 Score** *(top chart: Number of Applicants)*

**Step 1 Score** *(bottom chart: Percent of Applicants Matched in Specialty, with Average line at ~60%)*

Note: "No score" includes applicants who did not provide a score to NRMP or who did not take the examination.

**Preferred Specialty**
Neurology

**Match Year**
All

**Applicant Type**
Previous U.S. MD Graduate

**Number of Contiguous Ranks**
All

**Number of Specialties Ranked**
All

**Step 2 Score**
All

**Number of Research Experiences**
All

**Number of Publications**
All

**Number of Work Experiences**
All

**Number of Volunteer Experiences**
All

**Having a PhD Degree**
All

**Having Another Graduate Degree**
All

**Alpha Omega Alpha Honor Society**
All

**Comlex-USA Level 1 Score**
All

**Comlex-USA Level 2-CE Score**
All