UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff<br><br>v.<br><br>TRUSTEES OF DARTMOUTH COLLEGE<br><br>    Defendant | Civil Action No. 1:24-cv-00046-JL |

### **PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41 and Local Rule 41.1, the parties to this action hereby stipulate that Plaintiff, John Doe's claims against Defendant, Trustees of Dartmouth College, shall be, and hereby are, dismissed with prejudice, with each party to bear its own attorney's fees and costs.

    Respectfully submitted,

    John Doe

    By his Attorneys,
    SHAHEEN & GORDON, P. A.

Dated: March 13, 2024      /s/ *Leah Cole Durst*
    Leah Cole Durst, NH Bar #273679
    Olivia F. Bensinger, NH Bar #274145
    SHAHEEN & GORDON, P.A.
    107 Storrs Street
    Concord NH 03302
    (603) 225-7262
    ldurst@shaheengordon.com
    obensinger@shaheengordon.com

    *Attorneys for Plaintiff John Doe*

Respectfully submitted,

Trustees of Dartmouth College

By Their Attorneys,

Dated:  March 13, 2024                                    /s/ *Elizabeth H. Kelly*
                                                                Daryl J. Lapp (pro hac vice)
                                                                 Elizabeth H. Kelly (N.H. Bar No. 276459)
                                                                 LOCKE LORD LLP
                                                                 111 Huntington Avenue
                                                                 Boston, MA 02199
                                                                 (617) 239-0100 telephone
                                                                 (617) 227-4420 facsimile
                                                                 daryl.lapp@lockelord.com
                                                                 liz.kelly@lockelord.com

*Attorneys for Defendant, Trustees of Dartmouth College*

## CERTIFICATE OF SERVICE

I, Leah Cole Durst, Esq., certify that on this date service of the foregoing document was made upon counsel for all parties via the Court's CM/ECF System.

Dated:  March 13, 2024                                    /s/ *Leah Cole Durst*
                                                                Leah Cole Durst